JS-6

BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
TINA L. NAICKER (Cal SBN 252766)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4842

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI RIOS,<br><br>　　Plaintiff,<br><br>　vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　Defendant. | Case No.  5:25-cv-01002-FLA-DTB<br><br>[~~PROPOSED~~] JUDGMENT RE VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) |

　　Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT

1  ADJUDGES AND DECREES that judgment be entered for Plaintiff.

4  DATED: August 20, 2025    _____

UNITED STATES MAGISTRATE JUDGE